IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:20-cv-00179 |
| VERIZON CMP HOLDINGS, LLC, | ) |
| HUFFPOST.COM, INC., and ANDY | ) |
| CAMPBELL, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION DISMISING VERIZON CMP HOLDINGS, LLC WITHOUT PREJUDICE**

This Stipulation is between plaintiff Charles Johnson ("Johnson") and defendant Verizon CMP Holdings, LLC ("Verizon CMP") (collectively as the "Parties"). On or about January 16, 2020, Johnson filed a complaint entitled, Johnson v. Verizon CMP Holdings, LLC, et. al., Case No. 4:20-cv-00179 ("Johnson Lawsuit"), alleging a cause of action for libel involving an article written by defendant Andy Campbell and posted on the website of defendant TheHuffingtonPost.com, Inc. The Johnson Lawsuit also named Verizon CMP as a defendant. Counsel for Verizon CMP has advised counsel for Johnson that Verizon CMP is not a proper party to the Johnson Lawsuit as Verizon CMP has no ties to the other defendants to the action regarding the article at issue in the Johnson Lawsuit.

Further, counsel for Verizon CMP has advised counsel for Johnson that they intend to file a motion to dismiss on behalf of Verizon CMP that it is not a proper party to the Johnson Lawsuit. In order to avoid the expense and time for Verizon CMP to file such a motion, the Parties have agreed

1

to enter into this Stipulation whereby Johnson as agreed to dismiss Verizon CMP from the Johnson Lawsuit without prejudice.

IT IS HEREBY STIPULATED AND AGREED that by no later than March 10, 2020, Johnson will file a dismissal without prejudice, effectively dismissing Verizon CMP from the Johnson Lawsuit, and thereby removing the necessity for Verizon CMP to file a motion to dismiss.

AGREED TO BY:

                                            CAMARA & SIBLEY LLP

                                            Joe Sibley
                                            Joseph D. Sibley
                                            State Bar No. 24047203
                                            Camara & Sibley LLP
                                            4400 Post Oak Pkwy, Suite 2700
                                            Houston, Texas 77027
                                            Telephone: (713) 966-6789
                                            Fax: (713) 583-1131
                                            sibley@camarasibley.com

                                            **ATTORNEYS FOR PLAINTIFF**


                                            William Um (with permission)
                                            Jean-Paul Jassy (Admitted *Pro Hac Vice*)
                                            William T. Um (Admitted *Pro Hac Vice*)
                                            Elizabeth Baldridge (Admitted *Pro Hac Vice*)
                                            JASSY VICK CAROLAN LLP
                                            800 Wilshire Boulevard, Suite 800
                                            Los Angeles, CA 90017
                                            Telephone: (310) 870-7048
                                            Fax: (310) 870-7010
                                            jpjassy@jassyvick.com
                                            wum@jassyvick.com
                                            ebaldridge@jassyvick.com

                                            **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed on this 5th day of March, 2020, pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas, which provide for service on counsel of record in accordance with the electronic filing protocols in place.

> */s/ Joseph D. Sibley*
> Joseph D. Sibley