**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHARLES JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:20-cv-00179 |
| VERIZON CMP HOLDINGS, LLC, | ) | |
| HUFFPOST.COM, INC., and ANDY | ) | |
| CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |

---

**VOLUNTARY NONSUIT OF VERIZON CMP HOLDINGS, LLC WITHOUT PREJUDICE**

---

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Charles Johnson ("Johnson") hereby files his Voluntary Nonsuit Without Prejudice of all of his claims against Defendant Verizon CMP Holdings, LLC ("Verizon CMP").  Johnson no longer wishes to pursue his claims against Verizon CMP at this time.

Accordingly, Johnson request that the Court dismiss, without prejudice, all of his claims only against Defendant Verizon CMP and dismiss Verizon CMP as a party to this case.  This nonsuit does not affect Johnson's claims against Defendants Huffpost.com, Inc. and Andy Campbell.

Respectfully submitted,

CAMARA & SIBLEY LLP

Joe Sibley
Joseph D. Sibley

1

State Bar No. 24047203
Camara & Sibley LLP
4400 Post Oak Pkwy, Suite 2700
Houston, Texas 77027
Telephone: (713) 966-6789
Fax: (713) 583-1131
sibley@camarasibley.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed on this 5th day of March, 2020, pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas, which provide for service on counsel of record in accordance with the electronic filing protocols in place.

*/s/ Joseph D. Sibley*
Joseph D. Sibley