UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charles Johnson,<br><br>          Plaintiff,<br><br>v.<br><br>TheHuffingtonPost.com, Inc.,<br><br>          Defendants. | § § § § § § § § § § § §   CIVIL ACTION NO. 4:20-cv-00179 |

### DEFENDANT THEHUFFINGTONPOST.COM, INC.'S WITHDRAWAL OF PENDING RULE 12(b)(2) MOTION TO DISMISS AND NOTICE OF INTENT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant TheHuffingtonPost.com, Inc. ("HuffPost") respectfully withdraws its pending Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), Dkt. No. 19, in light of Plaintiff Charles Johnson's First Amended Complaint (FAC) filed April 9, 2020, Dkt. No. 25. Accordingly, HuffPost does not intend to file a reply in support of its now-moot Rule 12(b)(2) Motion, and it will instead respond to Plaintiff's FAC on or before the deadline to do so under Federal Rule of Civil Procedure 15(a)(3).

DATED:  April 10, 2020        Respectfully submitted,

/s/ *Jean-Paul Jassy*
Jean-Paul Jassy (Admitted *Pro Hac Vice*)
William T. Um (Admitted *Pro Hac Vice*)
Elizabeth Baldridge (Admitted *Pro Hac Vice*)
JASSY VICK CAROLAN LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010

1

jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Patrick W. Mizell
ATTORNEY IN CHARGE
Texas Bar No. 14233980
Federal ID No. 36390
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758.3882
Facsimile: (713) 615.5493
pmizell@velaw.com

Marc A. Fuller
Texas Bar No. 24032210
Federal ID No. 2035080
Megan M. Coker
Texas Bar No. 24087323
Federal ID No. 178550
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
mfuller@velaw.com
megancoker@velaw.com

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Andy Campbell*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2020, copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Elizabeth Baldridge*
                                        Elizabeth Baldridge