United States District Court
Southern District of Texas
**ENTERED**
April 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES JOHNSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-179 |
| § | |
| HUFFPOST.COM, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

**IT IS HEREBY ORDERED** that pursuant to FRCP 41(a)(1)(A)(ii), Defendant Andy Campbell is hereby dismissed from this suit without prejudice and subject to the reservations and defenses. All Parties will bear their own costs and fees.

**SIGNED** on this __12th__ day of April, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**