# EXHIBIT 1

**DECLARATION OF JOSEPH SIBLEY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to the provisions of 28 U.S.C. § 1746, I, JOSEPH SIBLEY, voluntarily make the following Declaration based upon personal knowledge and declare under penalty of perjury and the laws of the United States that the following is true and correct:

1. My name is JOSEPH "JOE" SIBLEY. I am over 18 years of age, suffer no legal disabilities, and am otherwise competent to make this declaration. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I am lead counsel of record for Plaintiff in the above-referenced cause. I am familiar with the facts of this case.

3. Attached as Exhibit A is a true and correct copy of a printout of documents from the Defendant's website at domain www.HuffPost.com/subscribe with the abbreviated web address inscribed on the top of the document. I printed these pages from the website address indicated on April 7, 2020 and have not altered the document from its original form.

4. Attached as Exhibit B is a true and correct copy of a printout of documents from the Defendant's website www.HuffPost.com/subscribe after clicking on the "terms of service" hyperlink, with the abbreviated web address inscribed on the top of the document. I printed these pages from the website address indicated on April 7, 2020 and have not altered the document from its original form, except for highlighting pertinent areas.

5. Attached as Exhibit C is a true and correct copy of a screenshot of the homepage of Defendant's website www.HuffPost.com from April 7, 2020 with the complete web address inscribed on the top of the document.  I printed these pages from the website address indicated on April 7, 2020 and have not altered the document from its original form, except for highlighting pertinent areas.

6. Attached as Exhibit D is a true and correct copy of the site I was directed to after clicking on the "shopping" link of the homepage of www.HuffPost.com on April 7, 2020 with the complete web address inscribed on the top of the document.  I printed these pages from the website address indicated on April 7, 2020 and have not altered the document from its original form.

7. All of the webpages that form the basis of Exhibits A thru D were accessed from a computer using an IP address based in Texas.  I was also able to access the Article at https://www.huffpost.com/entry/gop-reps-host-chuck-johnson-holocaust-denying-white-nationalist_n_5c40944be4b0a8dbe16e670a from Texas.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on my personal knowledge and recollection.

April 9, 2020

_____
Joseph Sibley

# EXHIBIT 1-A

 

**Join HuffPost Plus**

# It's Personal

## Don't sit on the sidelines of history. Join the HuffPost community and support real news that puts people first.

**Join HuffPost**

   Join HuffPost Plus

# Why Join HuffPost?

At HuffPost, we report with empathy and put *people* at the heart of every story. We take a people-first approach in everything we report – be it news and politics or lifestyle and entertainment – and we cover real stories about real life.

Become a member and join the conversation! Weigh in on hot topics of the day with polls, comments and forums, and get insider access to members-only events, ticket discounts and behind-the-scenes emails.







### People Before Power

We've always been about people, not the powerful. We are truly both global and local, with locally staffed newsrooms and editions around the world.

### Your Story

If something matters to you, it matters to us. Throughout our reporting, we include a diversity of voices that are not always part of the conversation.

### Here To Help

Regardless of who you are, where you live or what you believe, you can count on HuffPost to help you navigate what's happening in the world and how it affects you.

   **Join HuffPost Plus** 

# Support HuffPost

Help us continue to tell the most important stories of our time.

**Monthly**                                          Annual

PLUS                    **SUPPORTER**
# $5.99/month

**Support HuffPost monthly**

Enjoy an ad-free app experience[1]

Discounts on HuffPost stuff

Members-only newsletters

Save and read bookmarks across
desktop, mobile web and apps

Customize your newsletters signups

Comments and community
conversations

Member only events

Discounts to HuffPost events

[1]You may see a limited number of ads. e.g., some video pre-roll or ads on international articles

By purchasing you are agreeing to our Terms of Service
and Privacy Policy



**Join HuffPost Plus**

| NEWS | COMMUNITIES | HUFFPOST | RSS | PRIVACY PO |
| POLITICS | HUFFPOST PERSONAL | ABOUT US | FAQ | COMMENT F |
| ENTERTAINMENT | VIDEO | ADVERTISE | CAREERS | HUFFPOST |
| LIFE | NEWSLETTERS | ABOUT OUR ADS | ARCHIVE | COUPONS |
| | | CONTACT US | USER AGREEMENT | |

Privacy dashboard ▷       Part of HuffPost News. ©2020 Verizon Media. All rights reserved. Huffington Post.

# EXHIBIT 1-B

**verizon**
**media**

---

**Terms**

---

**Privacy Center**                    —

Topics

Products

Third Parties

California Privacy
Rights

Dashboard & Controls

Relevant Advertising

---

**Intellectual**                    +
**Property**

---

**Permissions**

---

**Closed Captioning**

---

**Guidelines**

---

# Welcome to the Verizon Media Privacy Policy

*Last updated: October 2019*

1. **About Verizon Media**

   a. Verizon Media, previously known as Oath, is a wholly-



AOL, Yahoo and other brands.

b. We provide control tools to help you manage your experience with us. If you have an existing Yahoo or AOL account, you will need to agree to this Privacy Policy. If you have not yet agreed to this Privacy Policy, the legacy Yahoo Privacy Policy or legacy Oath Privacy Policy (for AOL) still apply to your account. For Verizon Media products or services that are accessed without signing in to an account, this Privacy Policy applies to those products and services as of May 25, 2018. If you are creating a new account, the terms below apply starting today.

2. **Our Privacy Pledge**

a. Our commitment is to put users first. We strive to be transparent about how we collect and use your information, to keep your information secure and to provide you meaningful choices.

b. This Privacy Policy is meant to help you understand what information Verizon Media, its affiliates and its house of global brands ("Verizon Media," "us," "our" or "we") collect, why we collect it and what we do with it. This policy applies to Verizon Media brands, websites, apps, advertising services, products, services or technologies (we'll collectively refer to these as "Services"). Additional privacy practices for certain Services can be found in Details for Specific Products and Services.

3. **Your Controls**

a. We believe you should have tools to control your information. You can find controls to manage or review your account information, marketing preferences, location data, and search history at Privacy Controls. Some of our Services provide additional controls and privacy practices. (See, Details for Specific Products and Services)

4. **Information Collection and Use - General**

a. We may collect and combine information when you interact with Verizon Media Services information outlined below:

b. **Information You Provide to Us.** We may collect the information that you provide to us, such as:

**verizon**✓
**media**

you are not signed in to our Services, Verizon
Media may use device IDs, cookies, and other signals,
including information obtained from third parties, to
associate accounts and/or devices with you.

   ii. When you use our Services to communicate with others
or post, upload or store content (such as comments,
photos, voice inputs, videos, emails, messaging
services and attachments).

   iii. Verizon Media analyzes and stores all communications
content, including email content from incoming and
outgoing mail. This allows us to deliver, personalize and
develop relevant features, content, advertising and
Services.

   iv. When you otherwise use our Services, such as title
queries, watch history, page views, search queries, view
the content we make available or install any Verizon
Media software such as plugins.

   v. When you sign up for paid Services, use Services that
require your financial information or complete
transactions with us or our business partners, we may
collect your payment and billing information.

  c. **Device Information.** We collect information from your
devices (computers, mobile phones, tablets, etc.),
including information about how you interact with our
Services and those of our third-party partners and
information that allows us to recognize and associate
your activity across devices and Services. This
information includes device specific identifiers and
information such as IP address, cookie information,
mobile device and advertising identifiers, browser
version, operating system type and version, mobile
network information, device settings, and software data.
We may recognize your devices to provide you with
personalized experiences and advertising across the
devices you use.

  d. **Location Information.** We collect location information
from a variety of sources. You can learn more about and
manage your location permissions on our Locations
page and by visiting the location settings tool on your
devices.

  e. **Information from Cookies and Other Technologies.**

**verizon**✓
**media**

Verizon Media data collection technologies (such as web beacons, development tools, cookies and other technologies, etc.) are present. These data collection technologies allow us to understand your activity on and off our Services and to collect and store information when you interact with Services we offer to partners.

ii. This information also includes the kind of content or ads served, viewed or clicked on; the frequency and duration of your activities; the sites or apps you used before accessing our Services and where you went next; whether you engaged with specific content or ads; and whether you went on to visit an advertiser's website, downloaded an advertiser's app, purchased a product or service advertised, or took other actions.

f. **Information from Others.** We collect information about you when we receive it from other users, third-parties, and affiliates, such as:

   i. When you connect your account to third-party services or sign in using a third-party partner (like Facebook or Twitter).

   ii. From publicly-available sources.

   iii. From advertisers about your experiences or interactions with their offerings.

   iv. When we obtain information from third-parties or other companies, such as those that use our Services. This may include your activity on other sites and apps as well as information those third-parties provide to you or us.

   v. We may also receive information from Verizon and will honor the choices Verizon customers have made about the uses of this information when we receive and use this data.

5. **How We Use This Information**

   a. We are able to deliver, personalize, and improve our Services by combining and using the information we have about you (including information we receive on and off our Services) to understand how you use and interact with our Services and the people or things you're connected to and interested in. We also may use the information we have about you for the following purposes:

**verizon✓**
**media**

   ii. Analyze your content and other information (including emails, instant messages, posts <u>photos, attachments, and other communications</u>). You can review and control certain types of information tied to your Verion Media account by using <u>Privacy Controls</u>.

   iii. Fulfill your requests and when authorized by you.

   iv. Help advertisers and publishers connect to offer relevant advertising in their apps and websites.

   v. Match and serve targeted advertising (across devices and both on and off of our Services) and provide <u>targeted advertising</u> based on your device activity, inferred interests and location information.

   vi. Contact you with information about your account or with marketing messages, which <u>you can also control</u>.

   vii. Associate your activity across our Services and your different devices as well as associate any accounts you may use across Verizon Media Services together. We may associate activity and accounts under a single user ID.

   viii. Carry out or support <u>promotions</u>.

   ix. Conduct research and support innovation.

   x. Create analytics and reports for external parties, including partners, publishers, advertisers, apps, <u>third-parties</u> and the public regarding the use of and trends within our Services and ads, including showing trends to partners regarding general preferences, the effectiveness of ads and information on user experiences. These analytics and reports may include aggregate or pseudonymized information.

   xi. Provide location-based Services, advertising, search results, and other content consistent with your <u>location settings</u>.

   xii. Combine information we have about you with information we obtain from business partners or <u>other companies</u>, such as your activities on other sites and apps.

   xiii. Detect and defend against fraudulent, abusive, or unlawful activity.



out of targeted ads. If you opt out, you will continue to see
ads, but they may not be as relevant or useful to you.

6. **How We Share This Information**

a. Verizon Media shares information within its affiliated
brands and companies and with Verizon. We also share
information we have about you for the purposes
described in this Privacy Policy, including to provide
Services that you have requested (including when you
connect with third-party apps and widgets). We do not
sell, license or share information that individually identifies
our customers with companies, organizations or
individuals outside of Verizon Media unless one of the
following circumstances applies:

   i. **With Your Consent.** We will share information with
   companies, organizations or individuals outside of
   Verizon Media when we have your consent.

   ii. **With Verizon.** As part of Verizon, Verizon Media and its
   affiliates may, to the extent permitted by law and
   consistent with user controls, share information with
   Verizon and Verizon affiliates. This information will be
   used consistent with Verizon's privacy policy.

   iii. **Within Verizon Media.** Information may also be shared
   within Verizon Media, including with other Verizon
   Media Services and affiliates. Verizon Media affiliates
   may use the information in a manner consistent with
   their privacy policies.

   iv. **With Partners.** We may share your information with
   nonaffiliated companies who are:

      • **Trusted Partners.** We provide user information
      to trusted partners who work on behalf of or with
      Verizon Media based on our directions and in
      compliance with appropriate confidentiality
      measures. Learn more.

      • **Advertising, Analytics and Business Partners
      (Limited to Non-Personally Identifiable
      Information).** We may share aggregated or
      pseudonymous information (including
      demographic information) with partners, such as
      publishers, advertisers, measurement analytics,
      apps, or other companies. For example, we may
      tell an advertiser how its ads performed or report

**verizon✓
media**

address) with these partners, such as publishers, advertisers, measurement analytics, apps, or other companies.

- When you use third-party apps, websites or other products integrated with our Services, they may collect information about your activities subject to their own terms and privacy policies.

- We allow other companies that show advertisements on our webpages or apps to collect information from your browsers or devices. Other companies' use of cookies and other data collection technologies are subject to their own privacy policies, not this one. Like many companies, we may allow cookie matching with select partners. But, these parties are not authorized to access Verizon Media cookies.

v. **For Legal and Other Purposes.** We may access, preserve and disclose information to investigate, prevent, or take action in connection with: (i) legal process and legal requests; (ii) enforcement of the Terms; (iii) claims that any content violates the rights of third-parties; (iv) requests for customer service; (v) technical issues; (vi) protecting the rights, property or personal safety of Verizon Media, its users or the public; (vii) establishing or exercising our legal rights or defending against legal claims; or (viii) as otherwise required by law.

- This may include responding to lawful governmental requests. Learn more about how we evaluate and respond to these requests.

vi. **New Ownership.** If the ownership or control of all or part of Verizon, Verizon Media or a specific Services changes as a result of a merger, acquisition or sale of assets, we may transfer your information to the new owner.

7. **Details for Specific Products and Services**

a. Additional privacy practices for certain Verizon Media Services are included here.

8. **Information Security and Data Retention**



    collect or store.

   b. To learn more about security, including the steps we have taken and steps you can take, please read <u>Security at Verizon Media</u>.

9. **Protecting Children's Privacy**

   a. Our Services are for a general audience. We do not knowingly collect, use, or share information that could reasonably be used to identify children under age 13 without prior parental consent or consistent with applicable law. With parental permission, a child under age 13 might have an Verizon Media Family Account. Visit <u>Children's Privacy & Family Accounts</u> to learn more about children's privacy at Verizon Media.

10. **Data Processing and Transfers**

   a. When you use or interact with any of our Services, you consent to the data processing, sharing, transferring and uses of your information as outlined in this Privacy Policy. Regardless of the country where you reside, you authorize us to transfer, process, store and use your information in countries other than your own in accordance with this Privacy Policy and to provide you with Services. Some of these countries may not have the same data protection safeguards as the country where you reside.

   b. Verizon Media may process information related to individuals in the EU/EEA and may transfer that information from the EU/EEA through various compliance mechanisms, including data processing agreements based on the EU/EEA Standard Contractual Clauses. By using our Services, you consent to us transferring information about you to these countries. For more information, please visit our <u>Data Transfer</u> page.

11. **Other Important Information**

   a. **This Privacy Policy Applies Only to Verizon Media.** This Privacy Policy does not apply to the practices of companies that Verizon Media does not own or control, or to people that Verizon Media does not employ or manage. In addition, some <u>affiliated products</u> may have different privacy policies and practices that are not subject to this Privacy Policy.



you should check it periodically. If we make changes that
are material we will provide you with appropriate notice
before such changes take effect.

13. **Questions & Suggestions**

a. If you have questions, suggestions, or wish to make a
complaint, please complete a <u>feedback form</u> or you can
contact us at:

Verizon Media
Customer Care - Privacy Policy Issues
701 First Avenue
Sunnyvale, CA 94089

©2020 Verizon Media. All Rights Reserved.

EXHIBIT 1-C

https://www.huffpost.com

HUFF**POST**

Q Search

NEWS    CORONAVIRUS    POLITICS    2020 ELECTIONS    ENTERTAINMENT    LIFE    PERSONAL    VIDEO    SHOPPING

**GOP Senator Bought Stock In PPE Company Same Day As Senate Briefing**

**How The World Could Exit Lockdown**

**After Surviving COVID-19, This Woman Is Mobilizing Other Survivors To Save Lives**

**LATEST UPDATES: Read The Latest About The Coronavirus Outbreak**


Texas Launches New Policy For Car
Used Less Than 50 Miles/Day
Comparisons.org
Learn More ›
AdChoices ▷

# WATCHDOG



**CORONAVIRUS**
**UK Says Boris Johnson Awake, Breathing And In 'Good Spirits'**



## / LATEST NEWS /



**CORONAVIRUS**
**Court Rulings Force In-Person Elections In Wisconsin Despite Warnings**




**POLITICS**
**Stephanie Grisham Out As White House Press Secretary**

# EXHIBIT 1-D



# Real people. Real news. Real Stuff.

All purchases support HuffPost's original journalism

CHECK IT OUT

**FEATURED COLLECTIONS**





















*\*MSRP is the retailer price recommended by the manufacturer/provider and may not be the prevailing market price.*

## My Account

Profile

Account

Purchases

Credits

Preferences

Do Not Sell My Personal
Information

## Support

Contact

FAQs

Shipping

Returns

StackCommerce Terms

StackCommerce Privacy Policy

Accessibility

## Are you a vendor?

Get exclusive coverage to the
world's top publisher sites through
the StackCommerce network.

Learn More

Powered By



Copyright © 2020 StackCommerce. All Rights
Reserved.