# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Charles Johnson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Verizon CMP Holdings, LLC,<br>HuffPost.com, Inc., and Andy Campbell,<br><br>　　　　　Defendants. | § § § § § § § § § § § | Civil Action No. 4:20-cv-00179 |

## NOTICE OF WITHDRAWAL OF MEGAN M. COKER
## AS COUNSEL FOR DEFENDANT

Defendant TheHuffingtonPost.com, Inc. hereby provides notice that Megan M. Coker has withdrawn as counsel of record for Defendants. Ms. Coker recently accepted an in-house position and no longer works at Vinson & Elkins LLP. Her withdrawal will not affect the ongoing representation of Defendant nor result in any prejudice to Plaintiff. Defendant will continue be represented by the same counsel at Jassy Vick Carolan LLP and Vinson & Elkins LLP.

Dated: June 29, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Marc A. Fuller*
　　　　　　　　　　　　　　　　　　　　Jean-Paul Jassy (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　William T. Um (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Elizabeth Baldridge (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　JASSY VICK CAROLAN LLP
　　　　　　　　　　　　　　　　　　　　800 Wilshire Boulevard, Suite 800
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 870-7048
　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 870-7010
　　　　　　　　　　　　　　　　　　　　jpjassy@jassyvick.com
　　　　　　　　　　　　　　　　　　　　wum@jassyvick.com
　　　　　　　　　　　　　　　　　　　　ebaldridge@jassyvick.com

Patrick W. Mizell
ATTORNEY IN CHARGE
Texas Bar No. 14233980
Federal ID No. 36390
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758.3882
Facsimile: (713) 615.5493
pmizell@velaw.com

Marc A. Fuller
Texas Bar No. 24032210
Federal ID No. 2035080
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
mfuller@velaw.com

*Counsel for TheHuffingtonPost.com, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2020, a true and correct copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

                                    */s/ Marc A. Fuller*
                                    Marc A. Fuller

US 7172913v.1