# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Charles Johnson, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-00179 |
| TheHuffingtonPost.com, Inc., | § § § | |
| Defendant. | § § § | |

## NOTICE OF CHANGE OF ADDRESS

i

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT as of August 6, 2021, the Los Angeles office of Jassy Vick Carolan LLP has relocated. The new mailing address is:

**Jassy Vick Carolan LLP**

**355 South Grand Avenue, Suite 2450**

**Los Angeles, CA 90071**

The firm's phone number and email addresses have not changed.

DATED:  August 6, 2021                  Respectfully submitted,

/s/ *Elizabeth H. Baldridge*
Elizabeth H. Baldridge

Jean-Paul Jassy (Admitted *Pro Hac Vice*)
William T. Um (Admitted *Pro Hac Vice*)
Elizabeth Baldridge (Admitted *Pro Hac Vice*)
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

*Attorneys for Defendant TheHuffingtonPost.com*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2021, copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                          /s/ *Elizabeth H. Baldridge*
                                                          Elizabeth H. Baldridge