United States Courts Southern
District of Texas
FILED

August 25, 2021

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 25, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-20022   Johnson v. TheHuffingtonpost.com
                USDC No. 4:20-CV-179

Dear Counsel,

Attorney Elizabeth Baldridge has been withdrawn as attorney as to the appellee in this case pursuant to your notice.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christina Rachal*

                By: _____
                Christina C. Rachal, Deputy Clerk
                504-310-7651

Mrs. Elizabeth Holland Baldridge
Mr. Marc Aaron Fuller
Mr. Jean-Paul Jassy
Mr. Patrick W. Mizell
Mr. Nathan Ochsner
Mr. Joseph D. Sibley IV
Mr. William T. Um