United States Courts
Southern District of Texas
FILED
May 05, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 23, 2021
Lyle W. Cayce
Clerk

No. 21-20022

CHARLES JOHNSON,

*Plaintiff—Appellant,*

versus

THEHUFFINGTONPOST.COM, INCORPORATED,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-179

---

Before KING, SMITH, and HAYNES, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

HAYNES, *Circuit Judge*, dissenting.

Certified as a true copy and issued
as the mandate on **May 05, 2022**

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 05, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 21-20022   Johnson v. Huffingtonpost.com
                        USDC No. 4:20-CV-179

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     */s/ Christina Gardner*
                                     By: _____
                                     Christina A. Gardner, Deputy Clerk
                                     504-310-7684

cc:  Mr. Charles Edward Cowan
     Mr. Marc Aaron Fuller
     Mr. Jean-Paul Jassy
     Mr. Patrick W. Mizell
     Mr. Marc Randazza
     Mr. Joseph D. Sibley IV
     Mr. John P. Sneed
     Mr. William T. Um
     Mr. Jay Marshall Wolman